NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**THADDEUS GABARA,**
*Plaintiff-Appellant*

**v.**

**FACEBOOK, INC.,**
*Defendant-Appellee*

_____

2020-2333

_____

Appeal from the United States District Court for the Southern District of New York in No. 1:19-cv-09890-DLC, Senior Judge Denise Cote.

_____

**JUDGMENT**

_____

TIMOTHY GILMAN, Stroock & Stroock & Lavan LLP, New York, NY, argued for plaintiff-appellant. Also represented by BINNI N. SHAH.

ERIC SHUMSKY, Orrick, Herrington & Sutcliffe LLP, Washington, DC, argued for defendant-appellee. Also represented by ABIGAIL COLELLA, New York, NY; ERIN MARIE BOYD LEACH, Irvine, CA.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (MOORE, *Chief Judge*, REYNA and HUGHES, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

July 8, 2021
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court